# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trust, Alan S. | Bankruptcy Court | 09/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

290 Federal Plaza, 9th floor
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Teaching - ▓▓▓▓▓ | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 10/11 | Dallas, TX | speaker at seminar in Dallas | reimbursement for actual out of pocket travel and lodging and meals |
| 2. | American Bankruptcy Institute | 5/11 | New York, NY | speaker at seminar in New York City | reimbursement for train fare to and from seminar |
| 3. | Bankruptcy Bar Association of South Florida | 5/11 | Naples, FL | speaker at seminar in Naples, FL | reimbursement for actual out of pocket travel and lodging and meals |
| 4. | Texas state Bar Association | 5/11 | Austin, TX | speaker at seminar in Austin, TX | reimbursement for actual out of pocket travel and lodging and meals |
| 5. | Emory University Law School | 4/11 | Atlanta, GA | speaker at seminar in Atlanta | reimbursement for actual out of pocket travel and lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

| 6. | Federal Bar Association | 3/11 | Washington, DC | leadership training for a national bar organization | reimbursement for actual out of pocket travel, lodging and meals |
|---|---|---|---|---|---|
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 2. RVS Life Fixed | | None | K | T | | | | | |
| 3. RVS / COL / SPS VP Cash Mgt (annuity) | A | Int./Div. | K | T | | | | | |
| 4. RVS / COL VP High Yeild Bond (annuity) | | None | K | T | | | | | |
| 5. RVS / COL VP Div Eq Income (annuity) | | None | K | T | | | | | |
| 6. Goldman VIT MidCap Va (annuity) | | None | J | T | | | | | |
| 7. Fid VIP Midcap Cl2 (annuity) | | None | J | T | | | | | |
| 8. FT VIP Small Cap Valu (annuity) | | None | J | T | | | | | |
| 9. WF Adv VT Small Cap (annuity) | | None | J | T | | | | | |
| 10. THDNDL /COL VP Emerg Mkts (annuity) | | None | J | T | | | | | |
| 11. Wanger Int'l Small Cap (annuity) | | None | J | T | | | | | |
| 12. FT GLB VIP Real Estate (annuity) | | None | J | T | | | | | |
| 13. Oppenheimer Strat Bond (annuity) | | None | J | T | | | | | |
| 14. Alliance Bernstein Equity Income IRA | A | Int./Div. | J | T | | | | | |
| 15. Alliance Bernstein Global Thematic IRA | A | Int./Div. | K | T | | | | | |
| 16. Alliance Bernstein Int'l Growth IRA | A | Int./Div. | L | T | | | | | |
| 17. Alliance Bernstein Int'l Value IRA | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein Small Cap IRA | A | Int./Div. | J | T | | | | | |
| 19. Alliance Bernstein Growth IRA | | None | J | T | | | | | |
| 20. Alliance Bernstein Int'l Gro IRA SEP | A | Int./Div. | K | T | | | | | |
| 21. Alliance Bernstein Small midCap IRA | A | Int./Div. | J | T | | | | | |
| 22. Alliance Bernstein Int'l value IRA SEP | A | Int./Div. | J | T | | | | | |
| 23. Alliance Bernstein BSS Int'l IRA | A | Int./Div. | J | T | | | | | |
| 24. Mass Mutual Annuity | | None | K | T | | | | | |
| 25. Oppenheimer Cap App | A | Int./Div. | M | T | Sold (part) | 10/10/11 | J | A | |
| 26. Oppenheimer Global | A | Int./Div. | M | T | Sold (part) | 10/10/11 | J | A | |
| 27. Oppenheimer Main Street Fund | A | Int./Div. | K | T | Sold (part) | 12/12/11 | J | A | |
| 28. Oppenheimer Main Street Small MidCap & Select | A | Int./Div. | K | T | | | | | see Part VIII |
| 29. Oppenheimer Income (Champion) | A | Dividend | J | T | | | | | |
| 30. Oppenheimer Balanced | | None | | | Merged (with line 64) | 8/18/11 | K | | see Part VIII |
| 31. Oppenheimer Global Allocation (Quest) | A | Dividend | J | T | Sold (part) | 12/12/11 | J | A | |
| 32. Oppenheimer Sr. Floating | B | Dividend | K | T | | | | | |
| 33. Oppenheimer AMT Free | A | Int./Div. | K | T | | | | | |
| 34. Oppenheimer Rochester Nat'l Munis | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Int'l Small Co | B | Dividend | K | T | Sold (part) | 10/26/11 | J | A | |
| 36. Oppenheimer Limited Term Munis | B | Dividend | K | T | Sold (part) | 10/26/11 | J | A | |
| 37. Oppenheimer Equity | A | Dividend | J | T | | | | | |
| 38. scholar's Edge 529 Plan - Age based portfolio | | None | M | T | | | | | |
| 39. DELETED | | | | | | | | | |
| 40. First Int'l Accounts | B | Interest | | | Closed | 1/5/11 | K | | |
| 41. Belt West Funding Corp raw land in Dallas County | A | Interest | J | U | | | | | |
| 42. Royal McAbee universal life insurance | | None | J | T | | | | | |
| 43. State of Israel savings bond | | None | J | T | | | | | |
| 44. Energy East | A | Int./Div. | J | T | | | | | |
| 45. Merrill Lynch / AIG stock | A | Int./Div. | J | T | | | | | |
| 46. Amprise TWEAX | A | Int./Div. | J | T | | | | | |
| 47. Amprise ODMAX | A | Int./Div. | J | T | Sold (part) | 11/11/11 | J | | see VIII |
| 48. Oppenheimer Discovery | C | Int./Div. | L | T | | | | | |
| 49. Ameriprise MDLOX | A | Int./Div. | J | T | Buy | 10/11/11 | J | | see VIII |
| 50. IMNYX | A | Int./Div. | K | T | | | | | |
| 51. Fidelity VIP Contra (w/in aunnity) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Am Century / VP Value (w/in annuity) | | None | J | T | | | | | |
| 53. CNL Lifestyles CNLIDI (w/in IRA) | B | Int./Div. | J | T | | | | | |
| 54. Corp Prop Assoc CPA17 (w/in IRA) | A | Int./Div. | J | T | | | | | |
| 55. Am Insured Mkt (w/in IRA) | A | Int./Div. | J | T | | | | | |
| 56. MITTX (w/in IRA) | A | Int./Div. | J | T | | | | | |
| 57. ATHAX (w/in IRA) | | None | J | T | Sold (part) | 11/11/11 | J | | see Part VIII |
| 58. MGIAX (w/in IRA) | A | Int./Div. | J | T | Sold (part) | 11/11/11 | J | | see Part VII |
| 59. RRIAX (w/in IRA) | | None | J | T | Sold (part) | 11/11/11 | J | | see Part VII |
| 60. Federated Interim Muni Trust | A | Int./Div. | J | T | | | | | |
| 61. Justice Federal accounts | A | Int./Div. | K | T | | | | | |
| 62. Invesco Int'l Gr. Sr. (annuity) | | None | J | T | Buy | 12/11/11 | J | | see part VIII |
| 63. MDLOX | | None | J | T | Buy | 11/11/11 | J | | see part VIII |
| 64. Oppenheimer Equity Income | A | Int./Div. | K | T | Open | 8/18/11 | K | | see Part VIII |
| 65. Scholars Edge Large Cap | | None | J | T | Buy | 2/22/11 | J | | see Part VIII |
| 66. Scolars Edge Sm & Mid Cap | | None | J | T | Buy | 4/7/11 | J | | see Part VIII |
| 67. Scholars Edge Int'l Equity | | None | J | T | Buy | 2/22/11 | J | | see Part VIII |
| 68. Scholars Edge Agg Growth | | None | J | T | Buy | 2/22/11 | J | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Scholars Edge Large Cap Value | | None | J | T | Buy | 2/22/11 | J | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

part VII line 28 should have been K on 2010 report as opposed to L

part VII line 30 was exchanged for line 64, opening that investment

part VII line 47 shares were partially exchanged for additional shares in line 49

part VII line 62 purchases were in March, September and December 2011, all totalling less than $15,000 in the aggregate.

part VII line 63 was purchased with sales exchanged from lines 57, 58 and 59, all totalling less than $15,000 in the aggregate

part VII lines 65 through 69 were all purchased on various dates during 2011; each line's investments totaled in the aggregate less than $15,000 (J)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544